

# SEALED

Office of the United States Attorney
District of Nevada
501 Las Vegas Boulevard South,
Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
DANIEL J. COWHIG
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Daniel.Cowhig@usdoj.gov

*Representing the United States of America*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>EDIN ALEXANDER CABRERA LOPEZ,<br><br>Defendant. | Case No. 2:20-mj-1111-BNW<br><br>**APPLICATION TO SEAL** |

COMES NOW the United States of America, by and through Nicholas A. Trutanich, United States Attorney, and Daniel J. Cowhig Assistant United States Attorney, respectfully moves this Honorable Court for an Order sealing the Complaint, this Application and the Court's Sealing Order, in the above-captioned matter, until such time as this Honorable Court, or another Court of competent jurisdiction, shall order otherwise.

In this case, an order sealing the Complaint would be appropriate because the attached Complaint relates to an ongoing criminal investigation into violations of Title 18, United States Code, Section 1956(a)(3)(A) and (B), and Title 18, United States Code, Section 1960; that is neither public nor known to all of the targets of the investigation, and its disclosure may alert the targets to

the ongoing investigation. Accordingly, there is reason to believe that the disclosure of the information contained within the Complaint will jeopardize the investigation, including by giving additional targets an opportunity to flee or continue flight from prosecution, destroy or tamper with evidence, change patterns of behavior, or notify confederates.

The Government further submits that it is necessary for the Complaint to be sealed in light of the fact that the Government anticipates filing other indictments, including controlled substance and firearms charges, related to the underlying investigation with the goal of taking all defendants into custody at one time. Accordingly, there is reason to believe that notification of the existence of complaint will seriously jeopardize the investigation, as noted previously, and would likely place law enforcement at higher risk of confrontation when securing the arrest of the targets.

DATED this 30th day of December, 2020.

Respectfully submitted,

NICHOLAS A. TRUTANICH
United States Attorney

Daniel J. Cowhig
Assistant United States Attorney

*Attorneys for Plaintiff*
UNITED STATES OF AMERICA

FILED.
DATED: 5:02 pm, December 30, 2020

U.S. MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>EDIN ALEXANDER CABRERA LOPEZ,<br><br>　　　　Defendant. | Case No. 2:20-mj-1111-BNW<br><br>**ORDER TO SEAL** |

Based on the pending Application of the Government, and good cause appearing therefor, **IT IS HEREBY ORDERED** that the Complaint, the Government's Application and this Court's Sealing Order, in the above-captioned matter shall be sealed until further Order of the Court.

DATED December 30, 2020.

_____
HONORABLE J. BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE