# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EDIN ALEXANDER CABRERA-LOPEZ,<br><br>　　　　Defendant. | Case No. 2:21-CR-00018-JAD-BNW<br><br>**ORDER**<br><br>ECF No. 26 |

    Based on the parties' stipulation and good cause appearing, IT IS ORDERED that the sentencing hearing currently scheduled for Monday, May 17, 2021 at 10:00 a.m., be vacated and continued to April 12, 2021, at 2:00 p.m.

    DATED this 30th day of March, 2021.

_____
UNITED STATES DISTRICT JUDGE